# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Cr. No. 04-20416-Ma

DERICO BOBBIT,

    Defendant.

---

## ORDER ON ARRAIGNMENT

This cause came to be heard on **May 9, 2005**. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained/appointed:

NAME: *Pam Hamrin (FPD)*
ADDRESS: _____
TELEPHONE: _____

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his/her present bond.

__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

                       /s/ Diane K. Vescovo
                       United States Magistrate Judge

Charges: felon in possession of a firearm

Assistant U.S. Attorney assigned to case: McMullen

The defendant's age is: **25**.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on **5-10-05**



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CR-20416 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT