FILED BY _____ D.C.

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE**  05 AUG 26  PM 4: 19
**WESTERN DIVISION**

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Criminal No. 04-20416-Ma** |
| **vs.** | ) | |
| | ) | |
| **DERICO BOBBIT,** | ) | **18 U.S.C. § 922(g)** |
| | ) | |
| **Defendant.** | ) | |

---

## ORDER DISMISSING INDICTMENT

---

Upon Motion of the United States of America, pursuant to Fed. R. Crim. P. 48, to dismiss

indictment 04-20416 returned against DERICO BOBBIT on September 29, 2004, it is

hereby ORDERED, ADJUDGED AND DECREED THIS **25th** day of August 2005 that the

indictment herein is dismissed.

_____
UNITED STATES DISTRICT JUDGE

DATE: 8-25-05

APPROVED: _Katrina U. Earley_
Katrina U. Earley
Assistant United States Attorney
167 N. Main Street, Suite 800
Memphis, TN 38103
(#019367 Tennessee)

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-30-05_

26

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CR-20416 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT