UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY\_\_\_\_ D.C.

05 SEP -1  PM 5:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  Case Number 04-20416-Ma

DERICO BOBBIT,

        Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Indictment returned against Derico Bobbit is dismissed in accordance with the Order docketed August 30, 2005.

**APPROVED:**

_/s/ signature_

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

September 1, 2005
_____
(DATE)

THOMAS M. GOULD
_____
CLERK

_/s/ signature_
(by) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-1-05

27

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CR-20416 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT